| | |
|---|---|
| 1 | HARRISON J. FRAHN IV (SBN: 206822) |
| | hfrahn@stblaw.com |
| 2 | SERAFIMA KRIKUNOVA (SBN 288014) |
| | serafima.krikunova@stblaw.com |
| 3 | SIMPSON THACHER & BARTLETT LLP |
| | 2475 Hanover Street |
| 4 | Palo Alto, California  94304 |
| | Telephone: (650) 251-5000 |
| 5 | Facsimile:  (650) 251-5002 |
| 6 | BRIAN P. McCLOSKEY (*pro hac vice*) |
| | bmccloskey@stblaw.com |
| 7 | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| 8 | New York, New York  10017 |
| | Telephone: (212) 455-2000 |
| 9 | Facsimile: (212) 455-2502 |
| 10 | Attorneys for Defendant |
| | ZUORA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware limited liability company,<br><br>                             Plaintiff,<br><br>              v.<br><br>ZUORA, INC., a Delaware corporation,<br><br>                             Defendant. | Case No. 13-cv-0299-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING *INTER PARTES* AND *EX PARTE* REEXAMINATIONS** |

WHEREAS, Defendant Zuora, Inc. ("Zuora") filed a Motion to Stay Proceedings Pending *Inter Partes* and *Ex Parte* Reexaminations of U.S. Patent Nos. 7,603,311 and 8,027,913 on April 15, 2013 (the "Motion");

WHEREAS, Zuora has agreed to administratively withdraw its Motion, without prejudice, and with freedom to raise it again;

WHEREAS, both Zuora and Plaintiff Purple Leaf, LLC ("Purple Leaf") desire to stay the above-captioned litigation;

IT IS THEREFORE AGREED:

1. That the above-captioned action shall be voluntarily stayed forthwith;

2. That either party may seek to terminate the stay agreement upon delivery of two weeks written notice which shall include the reason(s) for the termination;

3. That after such notice has been delivered by a party, counsel for the parties shall meet and confer within one week on the appropriate procedural steps to be taken in this action;

4. Based on the meet and confer efforts, the parties shall be limited to two alternative actions: (1) if there is agreement on appropriate next procedural steps, the parties shall file a joint statement reporting on developments and setting forth a proposed order for such agreed next steps; or (2) if there is no agreement on appropriate next procedural steps, the parties shall file a joint statement reporting on developments and setting forth their respective positions as to proposed next procedural steps and shall request the Court to set a status conference;

5. The parties shall submit to the Court a joint status report every 120 days during the pendency of the stay.

Dated: June 7, 2013                    ROBINSON & WOOD, INC.

                                        By */s/* Archie S. Robinson
                                            ARCHIE S. ROBINSON (SBN. 34789)
                                            asr@robinsonwood.com
                                            JESSE F. RUIZ (SBN. 77984)
                                            jfr@robinsonwood.com
                                            GABRIEL G. GREGG (SBN. 187333)
                                            ggg@robinsonwood.com
                                            227 N 1st Street
                                            San Jose, California 95113
                                            Telephone: (408) 298-7120
                                            Facsimile: (408) 298-0477

                                            Attorneys for Plaintiff
                                            PURPLE LEAF, LLC, a Delaware corporation

SIMPSON THACHER & BARTLETT LLP

By */s/* Harrison J. Frahn IV
    HARRISON J. FRAHN IV (SBN: 206822)
    hfrahn@stblaw.com
    SERAFIMA KRIKUNOVA (SBN 288014)
    serafima.krikunova@stblaw.com
    SIMPSON THACHER & BARTLETT LLP
    2475 Hanover Street
    Palo Alto, California  94304
    Telephone: (650) 251-5000
    Facsimile:  (650) 251-5002

    BRIAN P. McCLOSKEY (*pro hac vice*)
    bmccloskey@stblaw.com
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York  10017
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

    Attorneys for Defendant
    ZUORA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _June 10_, 2013

                HON. RICHARD SEEBORG
                United States District Judge