| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789]<br>asr@robinsonwood.com<br>JESSE F. RUIZ [SBN. 77984]<br>jfr@robinsonwood.com<br>GABRIEL G. GREGG [SBN. 187333]<br>ggg@robinsonwood.com<br>ROBINSON & WOOD, INC.<br>227 N 1st Street<br>San Jose, California 95113<br>Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477<br><br>Attorneys for Plaintiff<br>PURPLE LEAF, LLC, a Delaware corporation | HARRISON J. FRAHN IV (SBN: 206822)<br>hfrahn@stblaw.com<br>SERAFIMA KRIKUNOVA (SBN 288014)<br>serafima.krikunova@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br><br>BRIAN P. McCLOSKEY (*pro hac vice*)<br>bmccloskey@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>Attorneys for Defendant<br>ZUORA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUORA, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 13-cv-0299-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE WITHDRAWAL OF NOTICE OF TERMINATION OF STIPULATED STAY AND VACATION OF CASE MANAGEMENT CONFERENCE** |

1   WHEREAS, on June 10, 2013, this Court issued its Order To Stay Proceedings Pending Inter Partes and Ex Parte Reexaminations ("Stay Order") (Dkt. 27).

2   WHEREAS, on August 19, 2013, Purple Leaf LLC ("Purple Leaf") filed and served a Notice of Termination of Voluntary Stay (Dkt. 29).  That same day, the Court scheduled a Case Management Conference for October 31, 2013, at 10 a.m. (Dkt. 30).

3   WHEREAS, Purple Leaf has determined to withdraw its Notice of Termination of Voluntary Stay and has agreed to continue to be bound by the Stay Order.

4   WHEREAS, under these circumstances, the parties believe that there is no need for the Court to hold a Case Management Conference on October 31, 2013.

IT IS THEREFORE AGREED:

1. Purple Leaf withdraws its Notice of Termination of Voluntary Stay (Dkt. 29).
2. The Stay Order (Dkt. 27) remains in place and is binding on the parties.
3. The Court shall vacate the Case Management Conference in this action scheduled for October 31, 2013.

Dated:  October 14, 2013                ROBINSON & WOOD, INC.

By    /s/ *Gabriel G. Gregg*
ARCHIE S. ROBINSON [SBN. 34789]
asr@robinsonwood.com
JESSE F. RUIZ [SBN. 77984]
jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
ggg@robinsonwood.com
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiff
PURPLE LEAF, LLC, a Delaware corporation

STIPULATION AND [~~PROPOSED~~] ORDER RE WITHDRAWAL OF NOTICE OF TERMINATION OF STIPULATED STAY AND VACATION OF CASE MANAGEMENT CONFERENCE

SIMPSON THACHER & BARTLETT LLP

By   /s/ *Harrison J. Frahn IV*
HARRISON J. FRAHN IV (SBN: 206822)
hfrahn@stblaw.com
SERAFIMA KRIKUNOVA (SBN 288014)
serafima.krikunova@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

BRIAN P. McCLOSKEY (*pro hac vice*)
bmccloskey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendant
ZUORA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  10/16   , 2013

_____
HON. RICHARD SEEBORG
United States District Judge

882941

3                                                13-CV-0299-RS

STIPULATION AND [~~PROPOSED~~] ORDER RE WITHDRAWAL OF NOTICE OF TERMINATION OF
STIPULATED STAY AND VACATION OF CASE MANAGEMENT CONFERENCE