**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, | No. C 13-0299 RS |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE, LIFTING THE STIPULATED STAY OF PROCEEDINGS, AND PROVIDING DIRECTIONS AS TO MOTION FOR STAY** |
| v. | |
| ZUORA, INC., | |
| Defendants. | |

Upon review of the parties' joint statement in this matter (Dkt. No. 40), the Case Management Conference set for January 16, 2014 is hereby vacated. The stipulated stay of proceedings (Dkt. Nos. 27, 33) is no longer in effect. Any party seeking to stay the action further should file a properly noticed motion in compliance with Civil Local Rule 7-2 within 20 days of this order.

IT IS SO ORDERED.

Dated: January 15, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 13-0299 RS
Order