| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789] <br> asr@robinsonwood.com <br> JESSE F. RUIZ [SBN. 77984] <br> jfr@robinsonwood.com <br> GABRIEL G. GREGG [SBN. 187333] <br> ggg@robinsonwood.com <br> ROBINSON & WOOD, INC. <br> 227 N 1st Street <br> San Jose, California 95113 <br> Telephone: (408) 298-7120 <br> Facsimile: (408) 298-0477 <br><br> Attorneys for Plaintiff <br> PURPLE LEAF, LLC, a Delaware corporation | HARRISON J. FRAHN IV (SBN: 206822) <br> hfrahn@stblaw.com <br> SERAFIMA KRIKUNOVA (SBN 288014) <br> serafima.krikunova@stblaw.com <br> SIMPSON THACHER & BARTLETT LLP <br> 2475 Hanover Street <br> Palo Alto, California  94304 <br> Telephone: (650) 251-5000 <br> Facsimile:  (650) 251-5002 <br><br> BRIAN P. McCLOSKEY (*pro hac vice*) <br> bmccloskey@stblaw.com <br> SIMPSON THACHER & BARTLETT LLP <br> 425 Lexington Avenue <br> New York, New York  10017 <br> Telephone: (212) 455-2000 <br> Facsimile: (212) 455-2502 <br><br> Attorneys for Defendant <br> ZUORA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware limited liability company, <br><br>               Plaintiff, <br><br> v. <br><br> ZUORA, INC., a Delaware corporation, <br><br>               Defendant. | Case No. 13-cv-0299-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY** <br><br> Date:         Thursday, March 13, 2014 <br> Time:        1:30 p.m. <br> Judge:       Honorable Richard Seeborg <br> Courtroom:  3-17th Floor |

914820

1

13-CV-0299-RS

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY

1     WHEREAS, following this Court's Order Vacating Case Management Conference, Lifting the Stipulated Stay of Proceedings, and Providing Directions As to Motion For Stay (Dkt. 41), defendant Zuora, Inc. ("Zuora") filed a Motion to Stay Proceedings (Dkt. 42) on February 2, 2014;

    WHEREAS, plaintiff Purple Leaf LLC's opposition to the Motion to Stay Proceedings is currently due on February 18, Zuora's reply is due on February 25, and the hearing on the Motion to Stay Proceedings is currently scheduled for March 13, 2014;

    WHEREAS, the parties are engaged in settlement discussions and have determined that such discussions would benefit from additional time without the necessity of filing immediate briefing relating to the Motion to Stay Proceedings;

IT IS THEREFORE AGREED:

1. The hearing date on Zuora's Motion to Stay Proceedings in this action, currently scheduled for March 13, 2014, shall be continued for five weeks, until April 17, 2014, at 1:30 p.m.

2. All related dates, including the filing dates for the opposition and reply papers, shall also be continued for five weeks.

Dated: February 14, 2014

| ROBINSON & WOOD, INC. | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By ___/s/ *Gabriel G. Gregg*___<br>ARCHIE S. ROBINSON [SBN. 34789]<br>asr@robinsonwood.com<br>JESSE F. RUIZ [SBN. 77984]<br>jfr@robinsonwood.com<br>GABRIEL G. GREGG [SBN. 187333]<br>ggg@robinsonwood.com<br>227 N 1st Street<br>San Jose, California 95113<br>Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477<br><br>Attorneys for Plaintiff<br>PURPLE LEAF, LLC, a Delaware corporation | By ___/s/ *Brian P. McCloskey*___<br>HARRISON J. FRAHN IV (SBN: 206822)<br>hfrahn@stblaw.com<br>SERAFIMA KRIKUNOVA (SBN 288014)<br>serafima.krikunova@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br><br>BRIAN P. McCLOSKEY (*pro hac vice*)<br>bmccloskey@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000 |

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY

```
                                              Facsimile: (212) 455-2502

                                              Attorneys for Defendant
                                              ZUORA, INC.
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __2/14__, 2014                    _____
                                         HON. RICHARD SEEBORG
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY