| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789] | HARRISON J. FRAHN IV (SBN: 206822) |
| asr@robinsonwood.com | hfrahn@stblaw.com |
| JESSE F. RUIZ [SBN. 77984] | SERAFIMA KRIKUNOVA (SBN 288014) |
| jfr@robinsonwood.com | serafima.krikunova@stblaw.com |
| GABRIEL G. GREGG [SBN. 187333] | SIMPSON THACHER & BARTLETT LLP |
| ggg@robinsonwood.com | 2475 Hanover Street |
| ROBINSON & WOOD, INC. | Palo Alto, California  94304 |
| 227 N 1st Street | Telephone: (650) 251-5000 |
| San Jose, California 95113 | Facsimile:  (650) 251-5002 |
| Telephone: (408) 298-7120 | |
| Facsimile: (408) 298-0477 | BRIAN P. McCLOSKEY (*pro hac vice*) |
| | bmccloskey@stblaw.com |
| Attorneys for Plaintiff | SIMPSON THACHER & BARTLETT LLP |
| PURPLE LEAF, LLC, a Delaware corporation | 425 Lexington Avenue |
| | New York, New York  10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | |
| | Attorneys for Defendant |
| | ZUORA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware limited liability company, | Case No. 13-cv-0299-RS |
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY** |
| v. | |
| ZUORA, INC., a Delaware corporation, | Date: Thursday, April 17, 2014 |
| Defendant. | Time: 1:30 p.m. |
| | Judge: Honorable Richard Seeborg |
| | Courtroom: 3-17th Floor |

924953

1    WHEREAS, following this Court's Order Vacating Case Management Conference, Lifting the Stipulated Stay of Proceedings, and Providing Directions As to Motion For Stay (Dkt. 41), defendant Zuora, Inc. ("Zuora") filed a Motion to Stay Proceedings (Dkt. 42) on February 2, 2014;

WHEREAS, per stipulation of the Parties, this Court continued the hearing on the Motion to Stay Proceedings until April 17, 2014 (Dkt. 44).

WHEREAS, plaintiff Purple Leaf LLC's opposition to the Motion to Stay Proceedings is currently due on March 25, Zuora's reply is due on April 1, and the hearing on the Motion to Stay Proceedings is currently scheduled for April 17, 2014;

WHEREAS, the parties continue to be engaged in settlement discussions, have reached a settlement in principle which they are in the process of documenting, and have determined that such efforts would benefit from additional time without the necessity of filing immediate briefing relating to the Motion to Stay Proceedings;

IT IS THEREFORE AGREED:

1. The hearing date on Zuora's Motion to Stay Proceedings in this action, currently scheduled for April 17, 2014, shall be continued for two weeks, until May 8, 2014, at 1:30 p.m.

2. All related dates, including the filing dates for the opposition and reply papers, shall also be continued for two weeks.

Dated: March 24, 2014

| ROBINSON & WOOD, INC. | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By ___/s/ *Gabriel G. Gregg*___<br>ARCHIE S. ROBINSON [SBN. 34789]<br>asr@robinsonwood.com<br>JESSE F. RUIZ [SBN. 77984]<br>jfr@robinsonwood.com<br>GABRIEL G. GREGG [SBN. 187333]<br>ggg@robinsonwood.com<br>227 N 1st Street<br>San Jose, California 95113<br>Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477 | By ___/s/ *Brian P. McCloskey*___<br>HARRISON J. FRAHN IV (SBN: 206822)<br>hfrahn@stblaw.com<br>SERAFIMA KRIKUNOVA (SBN 288014)<br>serafima.krikunova@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, California  94304<br>Telephone: (650) 251-5000<br>Facsimile:  (650) 251-5002<br><br>BRIAN P. McCLOSKEY (*pro hac vice*) |

924953

2                                                                 13-CV-0299-RS
SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY

| | |
|---|---|
| Attorneys for Plaintiff<br>PURPLE LEAF, LLC, a Delaware corporation | bmccloskey@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>Attorneys for Defendant<br>ZUORA, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __3/24__, 2014

_____
HON. RICHARD SEEBORG
United States District Judge

924953

3

13-CV-0299-RS

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON ZUORA'S MOTION TO STAY