| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789]<br>asr@robinsonwood.com<br>JESSE F. RUIZ [SBN. 77984]<br>jfr@robinsonwood.com<br>GABRIEL G. GREGG [SBN. 187333]<br>ggg@robinsonwood.com<br>ROBINSON & WOOD, INC.<br>227 N 1st Street<br>San Jose, California 95113<br>Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477<br><br>Attorneys for Plaintiff<br>PURPLE LEAF, LLC, a Delaware corporation | HARRISON J. FRAHN IV (SBN: 206822)<br>hfrahn@stblaw.com<br>SERAFIMA KRIKUNOVA (SBN 288014)<br>serafima.krikunova@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br><br>BRIAN P. McCLOSKEY (*pro hac vice*)<br>bmccloskey@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>Attorneys for Defendant<br>ZUORA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>                v.<br><br>ZUORA, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 13-cv-0299-RS<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER CONFIRMING OPPOSITION AND REPLY DUE DATES RE ZUORA'S MOTION TO STAY**<br><br>Date:      May 8, 2014<br>Time:     1:30 p.m.<br>Judge:    Honorable Richard Seeborg<br>Courtroom: 3-17th Floor |

930307

1

FURTHER STIPULATION AND [PROPOSED] ORDER OPPOSITION AND REPLY DUE DATES RE ZUORA'S MOTION TO STAY

1  WHEREAS, following this Court's Order Vacating Case Management Conference, Lifting the Stipulated Stay of Proceedings, and Providing Directions As to Motion For Stay (Dkt. 41), defendant Zuora, Inc. ("Zuora") filed a Motion to Stay Proceedings (Dkt. 42) on February 2, 2014;

WHEREAS, pursuant to a previous stipulation (Dkt. 45), the parties requested that the hearing on the Motion to Stay Proceedings and related briefing dates be continued for two weeks to May 1, 2014, however this Court *sua sponte* rescheduled the hearing for three weeks to May 8, 2014 (Dkt. 46);

WHEREAS, all related dates, including the filing dates for the opposition and reply papers, were continued for two weeks (Dkt. 46);

WHEREAS, the parties also continue to be engaged in settlement discussions and have determined that such discussions would benefit from this additional time without the necessity of filing immediate briefing relating to the Motion to Stay Proceedings.

IT IS THEREFORE AGREED:

1. That plaintiff Purple Leaf LLC's opposition to the Motion to Stay Proceedings shall be due on April 14, 2014;

2. That defendant Zuora's reply to opposition to the Motion to Stay Proceedings shall be due on April 21, 2014;

3. The hearing for the Motion to Stay Proceedings will remain on calendar for May 8, 2014.

Dated: April 8, 2014

| ROBINSON & WOOD, INC. | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By ___/s/ *Archie S. Robinson*___<br>ARCHIE S. ROBINSON [SBN. 34789]<br>asr@robinsonwood.com<br>JESSE F. RUIZ [SBN. 77984]<br>jfr@robinsonwood.com<br>GABRIEL G. GREGG [SBN. 187333]<br>ggg@robinsonwood.com<br>227 N 1st Street<br>San Jose, California 95113 | By ___/s/ *Brian P. McCloskey*___<br>HARRISON J. FRAHN IV (SBN: 206822)<br>hfrahn@stblaw.com<br>SERAFIMA KRIKUNOVA (SBN 288014)<br>serafima.krikunova@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000 |

930307

2

FURTHER STIPULATION AND [PROPOSED] ORDER CONFIRMING OPPOSITION AND REPLY DUE DATES RE ZUORA'S MOTION TO STAY

| | |
|---|---|
| Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477<br><br>Attorneys for Plaintiff<br>PURPLE LEAF, LLC, a Delaware corporation | Facsimile:  (650) 251-5002<br><br>BRIAN P. McCLOSKEY (*pro hac vice*)<br>bmccloskey@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>Attorneys for Defendant<br>ZUORA, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __4/8/14__, ~~2014~~

_____
HON. RICHARD SEEBORG
United States District Judge