# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE LEAF LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>ZUORA INC.,<br><br>             Defendant. | Case No.  13-cv-00299-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 49 |

On April 18, 2014, the parties filed a stipulation of dismissal. Accordingly, the case is hereby DISMISSED with prejudice.

The Clerk of Court is directed to terminate all pending motions and close this case.

**IT IS SO ORDERED.**

Dated: April 18, 2014

VINCE CHHABRIA
United States District Judge